PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARRADINE CHIROPRACTIC CENTER, INC., *etc.*, | ) )   CASE NO. 4:14CV1583 |
| Plaintiff, | ) ) |
| v. | )   JUDGE BENITA Y. PEARSON ) ) |
| SUNWING AIRLINES, INC., *et al.*, | ) )   **ORDER** |
| Defendants. | )   [Resolving ECF Nos. 29 and 30] |

Pending before the Court are Plaintiff's Motion for Letters Rogatory (ECF No. 29) and Defendants' Motion to Stay Proceedings Pending Ruling by the FCC on Defendants' Request for a Retroactive Waiver (ECF No. 30).

The Court has been advised, having reviewed the parties' briefs and the applicable law. The Court has also considered the oral arguments of counsel regarding issuance of Letters Rogatory and a stay of proceedings offered during the Telephonic Status Conference on November 20, 2014. Matthew E. Stubbs, co-lead counsel for Plaintiff,[1] and Martin W. Jasczuk and Keith L. Gibson, counsel for Defendants, attended this conference. *See* Minutes of Proceedings.

---

[1] Plaintiff's Motion for Letters Rogatory (ECF No. 29) was filed by Brian J. Wanca, the other co-lead counsel for Plaintiff. Attorney Wanca did not appear at the Telephonic Status Conference.

(4:14CV1583)

1. Defendants' Motion to Stay Proceedings Pending Ruling by the FCC on Defendants' Request for a Retroactive Waiver (ECF No. 30) is granted. Further proceedings in the within cause are hereby stayed and the within case is hereby closed, subject to reopening upon written motion after the FCC's resolution of Defendants' Petition for Retroactive Waiver (ECF No. 28-1). No claims or defenses are waived as a result of the stay.

Beginning ninety (90) days from the date of this Judgment Entry, counsel shall submit status reports to the Court every ninety (90) days during the pendency of this matter. The status reports may be filed jointly by the parties. These are to be procedural reports; they are not to contain substantive discussions of the merits of any claims or defenses asserted.

2. Plaintiff's Motion for Letters Rogatory (ECF No. 29) is denied without prejudice to refiling after the stay has been lifted.

IT IS SO ORDERED.

| | |
|---|---|
| December 12, 2014 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |